DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN FEENY,**
Appellant,

v.

**PRESIDIO, INC.,**
Appellee.

No. 4D2024-3327

[October 16, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 502020CA002320.

Gabriel "Gabe" T. Roberts and Cathleen Scott of Scott Law Team, LLC, Jupiter, for appellant.

Marie A. Borland and S. Gordon Hill of Hill, Ward & Henderson, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***